AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| | |
|---|---|
| Federal Insurance Co. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 03 CV 06978 |
| Al Qaida, et a. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  03/29/2012.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: May 4, 2012

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case<br><br>**RULE 54(b) JUDGMENT**<br>#12,0516 |

*This document relates to:*      *Federal Insurance Co., et al v. al Qaida, et al.*
03 CV 06978 (GBD)

Whereas, this matter having come before the Honorable George B. Daniels, United States District Judge, on the letter application of Plaintiffs requesting that the Court extend its prior rulings on the Motion for Assessment of Damages against Al Qaeda to defaulted defendant Hezbollah, and enter a final judgment in favor of Plaintiffs and against Hezbollah in accordance with those prior rulings pursuant to Fed. R. Civ. P. 54(b), and the Court, on March 27, 2012, having rendered its Memorandum Decision and Order entering partial final judgment pursuant to Fed. R. Civ. P. 54(b) against defendant Hezbollah and in favor of the Plaintiffs in the amount of $9,351,247,965.99, identified in Exhibit "A", and further directing the Clerk of the Court to prepare and enter a final judgment, it is,

**ORDERED, ADJUDGED AND DECREED**: That judgment is hereby entered in favor of Plaintiffs and against defendant Hezbollah in accordance with the Court's Memorandum Decision and Order dated March 27, 2012. It is further ORDERED, ADJUDGED and DECREED that, for the reasons stated in the Court's Memorandum Decision and Order dated March 27, 2012, there is no just reason for delay, the Court's entry of judgment, identified in Exhibit "A", is certified as final pursuant to Fed. R. Civ. P. 54(b).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/12
```

Dated: March 29, 2012
New York, New York

RUBY J. KRAJICK

_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2

CERTIFIED AS A TRUE COPY ON

THIS DATE ____5-1-12____

BY _____
( ) Clerk
(✓) Deputy

MUVICO 2021

# EXHIBIT A

MUVICO 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

USDC SDNY
DOCUMENT
ELECT... ... ...
DOC #
DATE FILED: MAR 2 - 2012

: MEMORANDUM DECISION
: AND ORDER
: 03 MDL 1570 (GBD)(FM)
:
------------------------------------X

This Document Relates to
Federal Insurance Co. v. al Qaeda,
03 Civ. 6978 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

By letter application dated February 10, 2012, Plaintiffs requested that this Court extend its prior rulings on the Motion for Assessment of Damages against Al Qaeda to another defaulted defendant Hezbollah, and enter a final judgment in favor of Plaintiffs and against Hezbollah in accordance with those prior rulings, pursuant to Fed. R. Civ. P. 54(b). Default judgment as to liability against Hezbollah in this action was entered on April 7, 2006, at the same time default was entered as to Al Qaeda, on the basis of the same claims.

For the reasons set forth in the Court's Memorandum Decision and Order dated December 16, 2011, adopting the Report and Recommendation made by Magistrate Judge Frank Maas recommending that Plaintiffs be awarded damages on their subrogation claims, partial final judgment pursuant to Fed. R. Civ. P. 54(b) is hereby entered against defendant Hezbollah and in favor of the plaintiffs as follows:

| Plaintiff | Judgment |
| --- | --- |
| AXA Art Insurance Company | $ 42,862,629.00 |

MUVICO 2023

| | |
|---|---:|
| AXA Global Risks (UK) Ltd. | $32,959,870.71 |
| AXA CSA UK Branch | 194,339,649.00 |
| AXA Insurance Company | 395,088,134.88 |
| AXA Reinsurance Company | 248,144,334.00 |
| AXA Re | 317,370,069.00 |
| AXA Re Canadian Branch | 78,415,221.33 |
| AXA Re UK Plc | 54,488,105.10 |
| AXA Versicherung | 2,769,159.00 |
| SPS Re | 252,915,480.00 |
| Chubb Custom Insurance Company | 1,837,755.00 |
| Chubb Insurance Company of Canada | 151,357,187.13 |
| Chubb Insurance Company of New Jersey | 1,238,045.13 |
| Chubb Indemnity Insurance Company | 12,251,634.60 |
| Federal Insurance Company | 4,541,002,792.17 |
| Great Northern Insurance Company | 1,787,991,341.37 |
| Pacific Indemnity Insurance Company | 29,809,609.98 |
| Vigilant Insurance Company | 126,917,799.72 |
| American Alternative Insurance Company | 11,768,346.21 |
| The Princeton Excess & Surplus Lines Insurance Company | 11,388,877.50 |
| Great Lakes Reinsurance (UK) Limited | 298,534,281.06 |
| OneBeacon Insurance Company | 529,544,956.20 |
| TIG Insurance Company | 228,252,687.90 |
| TOTAL | $9,351,247,965.99 |

MUVICO 2024

Any judgment or award of damages made pursuant to this Motion as to Hezbollah will neither be binding upon nor admissible to establish any damages amount related to any Defendant other than Hezbollah.

Plaintiffs agree that they will not seek to enforce any monetary judgment entered as to Hezbollah against any Defendant who has received a final judgment of dismissal pursuant to Rule 54(b) or any of the Defendants listed below, including any assets owned or controlled by any of those Defendants. All Defendants who have received final judgments of dismissal pursuant to Rule 54(b) and the Defendants listed below agree that they will not file any objection or opposition in relation to the Plaintiffs' request that the Court assess damages against Hezbollah.

1. Al Haramain Islamic Foundation, Inc. (USA);
2. Dubai Islamic Bank;
3. International Islamic Relief Organization;
4. Muslim World League
5. Rabita Trust;
6. Sana-Bell, Inc.
7. Sanabel Al Kheer;
8. World Assembly of Muslim Youth/ Work Assembly of Muslim Youth Inernationa;
9. Wael Jelaidan; and
10. Perouz Sedaghaty

The Clerk of the Court is directed to prepare and enter a final judgment.

Dated: New York, New York
March 27, 2012

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

3

MUVICO 2025